UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENTINO NANTES,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES DAVIS, Chairman, California Board of Parole Hearings, Does 1 to 10,<br><br>    Defendants. | No. C 08-01710 MHP<br><br>**ORDER**<br><br>**Re: Transfer to Eastern District of California** |

On May 6, 2008, the court ordered that this action would be transferred, *sua sponte*, to the Eastern District of California, unless one or more of the parties showed cause in writing why the court should not so act. The deadline to show cause was within 14 days of the date of the court's order. That deadline having now passed, and no party having responded to show cause why this action should not be transferred, the court hereby ORDERS that this case shall be transferred to the Eastern District of California for all further proceedings.

IT IS SO ORDERED.

Dated: 6/20/08

MARILYN HALL PATEL
United States District Court Judge
Northern District of California